11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Terri Lee Rawson

Appellant

Vs.                   No. 11-01-00128-CR B Appeal from Collin County

State of Texas

Appellee

 

Appellant has filed in this court a motion to
dismiss her appeal.  In her motion,
appellant states that appellate counsel has explained the consequences of
withdrawing her appeal and that she has decided to withdraw her appeal.  The motion is signed by both appellant and
her attorney.  TEX.R.APP.P. 42.2.  The motion is granted.

The appeal is dismissed.

 

PER CURIAM

 

September 13, 2001

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.